# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILL MCCONNELL,** | : | CIVIL ACTION NO. 4:11-CV-00971 |
| Plaintiff, | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WAYNE AND LINDA PAGANI**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 3rd day of January, 2012, upon consideration of the status report (Doc. 18) filed by plaintiff Will McConnell ("McConnell"), wherein McConnell seeks leave to move for substitution of the new owner of the subject property (once identified) as the defendant in this action pursuant to Federal Rule of Civil Procedure 25, it is hereby ORDERED that:

1. McConnell is GRANTED leave to move for substitution of the new owner of the subject property as the defendant in this action.

2. Within fourteen (14) days of discovering the new owner of the subject property, but no later January 31, 2012, McConnell shall file a motion for substitution of the new owner of the subject property as the defendant in this action pursuant to Federal Rule of Civil Procedure 25.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge